IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF BANKING AND SECURITIES, | : : : : : | Civil No. 1:17-cv-02112 |
| Plaintiff, | : : | |
| v. | : : | |
| TITLEMAX OF DELAWARE, INC., TITLEMAX OF OHIO, INC., TITLEMAX OF VIRGINIA, INC., TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX.COM, and TITLEMAX FUNDING, INC., | : : : : : : : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 10th day of January, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) Plaintiff's motion for remand is **GRANTED**. (Doc. 9.)

2) Defendants' motion to stay proceedings is **DENIED AS MOOT**. (Doc. 6.)

3) The Clerk of Court is directed to remand this action to the Commonwealth Court of Pennsylvania and close this case.

        s/Jennifer P. Wilson
        JENNIFER P. WILSON
        United States District Court Judge
        Middle District of Pennsylvania